UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| VINCENT A. PERRY, | ) | CASE NO.  4:20-cv-369 |
| | ) | |
| Petitioner, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN TOM SCHWEITZER, | ) | **OPINION AND ORDER** |
| | ) | |
| Respondent. | ) | |

Before the Court is the report and recommendation of Magistrate Judge James E. Grimes, Jr. recommending that Vincent A. Perry's ("Petitioner") petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied.  (Doc. No. 10 (Report and Recommendation ("R&R")).)

Once a magistrate judge issues a report, the relevant statute provides:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court.  A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C) (flush language).

The failure to file written objections to the Magistrate Judge's R&R constitutes a waiver of a de novo determination by the district court of any issue addressed in the R&R.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd* 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985); *see also United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Petitioner is not represented by counsel.  The docket reflects that a copy of the R&R, issued on January 17, 2023, was mailed to Petitioner at his address of record that same day.  As of the date of this Opinion and Order, the mailed R&R has not been returned.  Further, the Ohio Department of Rehabilitation & Correction's public website indicates that Petitioner remains

incarcerated at Ross Correctional Institution, which is the facility listed on his petition and to which the R&R was mailed.  The time period for filing objections, calculated from the date that the R&R was mailed to Petitioner, has passed and no objection by Petitioner has been received by the Court.  *See Peoples v. Hoover*, 377 F. App'x 461, 463 (6th Cir. 2010) (recognizing that courts have enforced the rule requiring objection to a magistrate report regularly against *pro se* litigants).

The Court has reviewed the Magistrate Judge's report and recommendation.  The Court accepts and adopts the same.  Accordingly, Perry's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is denied.

**IT IS SO ORDERED.**

Date: March 7, 2023

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE